UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICARD RICHARDSON,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | No.  1:26-cv-01483-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING PENDING MOTION AS MOOT<br><br>(Doc. Nos. 8, 12) |

Petitioner Picard Richardson is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied.  (Doc. No. 12.)  Specifically, the magistrate judge found that petitioner had entered the United States on a B-2 visa which he overstayed, that he is detained pursuant to 8 U.S.C. § 1226(a), and that petitioner had received a bond hearing in accordance with the provisions of that statute.  (*Id.* at 4–6.)  Accordingly the magistrate judge concluded that petitioner had received the process required by § 1226(a), that petitioner had no due process right to further process, and that petitioner's prolonged detention claim was foreclosed by binding Ninth Circuit precedent.  (*Id.* at 6–8.)  The

pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 9.) To date, petitioner has not filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on April 20, 2026 (Doc. No. 12) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DENIED;

3. Respondent's motion to dismiss (Doc. No. 8) is DENIED as moot;

4. The Clerk of the Court is directed to ENTER judgment in favor of respondent and close this case.

IT IS SO ORDERED.

Dated:    **June 14, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE